USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/1/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONNEAUT CREEK SHIP REPAIR, INC.,

  Plaintiff,

v.

VERSITEC MARINE SERVICES, INC. *doing business as* VERSITEC MARINE & INDUSTRIAL,

  Defendant.

---

No. 20-CV-3435 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that this case has been settled. According to the parties' joint letter filed on September 30, 2020, the parties executed a settlement agreement on August 14, 2020, and it is expected that the final payment will be made to Plaintiff pursuant to that agreement on October 15, 2020. *See* Dkt. 18 at 1. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

The initial conference scheduled for October 16, 2020 and the remaining deadlines in this action are hereby adjourned *sine die*. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:   October 1, 2020
        New York, New York

                                                 Ronnie Abrams
                                                 United States District Judge